UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Melvin Graham

    v.                              Case No. 07-cv-247-PB

Northern New Hampshire Correctional
Facility, Warden, et al.

**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $8.17 is due no later than September 17, 2007. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the New Hampshire State Prison when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

    **SO ORDERED.**

                                      /s/ Justo Arenas
                                      United States Magistrate Judge
                                      Sitting by Designation

Date: August 15, 2007

cc: Bonnie S. Reed, Financial Administrator
    New Hampshire State Prison (Berlin), Inmate Accounts