UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Melvin Graham</u>

    v.                                   Case No. 07-cv-247-PB

<u>Northern New Hampshire Correctional</u>
<u>Facility, Warden, et al.</u>

**O R D E R**

Plaintiff's request to proceed <u>in forma pauperis</u> is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $8.17 is due no later than September 17, 2007.  In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the New Hampshire State Prison when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for <u>in forma pauperis</u> has been granted.

    **SO ORDERED.**

                                /s/ Justo Arenas
                              United States Magistrate Judge
                              Sitting by Designation

Date:  August 15, 2007

cc:  Bonnie S. Reed, Financial Administrator
     New Hampshire State Prison (Berlin), Inmate Accounts