UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Melvin Graham,

    v.                      Civil No. 07-cv-00247-JL

FNU Nadeau, et al.

**ORDER OF RECUSAL**

Because I handled the petitioner's appeal from his underlying criminal case during the time I served in the Criminal Bureau of the New Hampshire Attorney General's Office, I recuse myself from presiding over this case, and request that the clerk reassign this matter.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  June 20, 2008

cc:  Melvin Graham, pro se
     Laura E.B. Lombardi, Esq.