UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Melvin Graham</u>

        v.                    Case No. 07-cv-247-PB

<u>Warden, et al.</u>


O R D E R


After due consideration of the objections filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 15, 2008.

SO ORDERED.


June  30 , 2008                    /s/ Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge


cc:    Melvin Graham, Pro Se
        Laura Lombardi, Esq.